# IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

| | |
|---|---|
| **SHANDLE MARIE RILEY** | ) |
| ) | **No. 1:19-CV-00304** |
| *Plaintiff,* ) | |
| v. ) | McDonough/Steger |
| ) | |
| **HAMILTON COUNTY GOVERNMENT** ) | **JURY DEMAND** |
| ) | |
| **DEPUTY DANIEL WILKEY,** in his ) | **CONSOLIDATED** |
| capacity as deputy sheriff for Hamilton ) | 1:19-CV-198 |
| County Government and, in his individual ) | 1:19-CV-305 |
| capacity, ) | 1:19-CV-329 |
| **)** | 1:19-CV-348 |
| **DEPUTY JACOB GOFORTH,** in his ) | 1:19-CV-16 |
| capacity as deputy sheriff for Hamilton ) | 1:19-CV-17 |
| County Government and, in his individual ) | 1:19-CV-19 |
| capacity, and ) | 1:19-CV-20 |
| **)** | 1:20-CV-44 |
| ) | |
| *Defendants,* ) | |

## FIRST MOTION TO AMEND ANSWER TO COMPLAINT OF C.P.S., A MINOR CHILD, THROUGH PARENT AND NEXT FRIEND ANGEL CHERIE JOHNSON BY DEFENDANT TYLER MCRAE

Comes now Defendant Tyler McRae (hereinafter referred to as "McRae") and moves this Honorable Court to allow him to amend his answer to the complaint of Plaintiffs C.P.S., a minor child, through parent and next friend Angel Cherie Johnson pursuant to Fed. R. Civ. P. 15(a)(2). In support of this motion counsel would show to the court that the release of dash camera video of Hamilton County Sheriff's Office personnel of the actual stop and arrest of this Plaintiff, additional investigation into the subject matter of this complaint, and limited written discovery and other events have prompted counsel for McRae to request this relief. A Memorandum in Support of the

Motion to Amend Answer is being filed with this motion outlining in detail the justification for this action.

Respectfully submitted,

**TIDWELL & ASSOCIATES, P.C.**

*/s/ W. Gerald Tidwell, Jr.*
**W. Gerald Tidwell, Jr., BPR #10136**
1810 McCallie Ave.
P.O. Box 4369
Chattanooga, TN 37405
(423) 602-7511 (Telephone)
(423) 602-7515 (Facsimile)
wgt@tidwellandassociates.com
***Attorney for Defendants Deputy Jacob Goforth, Bobby Brewer and Tyler McRae***

## Certificate of Effort to Resolve this Dispute

Counsel for Defendant McRae hereby certifies that he contacted counsel for the Plaintiff and attempted to resolve this dispute as to whether the Defendants' Answer should be amended as requested by agreement and was unable to reach any agreement within the deadline set by the court.

This the 12th day of June 2020.

*/s/ W. Gerald Tidwell, Jr.*
**W. Gerald Tidwell, Jr., BPR #10136**